UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In the Matter of:** : | |
| : | Chapter 7 |
| **RICHARD MURRAY,** : | |
| : | Case No. <u>16-10548-BFK</u> |
| **Debtor.** : | |

### ORDER

THIS MATTER having come before the Court on the Debtor's motion to convert this case to a case under Chapter 13 of the Bankruptcy Code (the "Motion to Convert") and the objection to the Motion to Convert ("Objection") filed by Janet M. Meiburger, Trustee,

AND IT APPEARING that upon consideration of the pleadings filed by the parties herein, evidence presented and argument made by counsel at hearing on the Motion to Convert, that good cause exists to deny the Motion to Convert, then, for the reasons stated from the bench at hearing on this matter, it is hereby

ORDERED, that the Motion to Convert filed by the Debtor Richard Murray herein is denied.

Date: _____, 2017

Mar 22 2017

/s/ Brian F. Kenney
_____
**Hon. Brian F. Kenney**
**United States Bankruptcy Judge**

Entered on Docket:Mar 23 2017

**I Ask for This:**

  /s/ Kevin M. O'Donnell
Kevin M. O'Donnell, VSB #30086
HENRY & O'DONNELL, P.C.
300 N. Washington Street
Suite 204
Alexandria, VA 22314
(703) 548-2100 *telephone*
(703) 548-2105 *facsimile*
kmo@henrylaw.com
Counsel to Janet M. Meiburger, Trustee


**Seen and Objected To:**

  /s/ John J. O'Donnell
**John J. O'Donnell, Jr.**
601 King Street
Suite 400
Alexandria, VA 22314
(703) 549-2082
jjolaw@aol.com
Counsel to Richard Murray